PROB 12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Steven A. Mangum **Case Number:** 1:02CR00047-01L

**Name of Sentencing Judicial Officer:** Honorable Ronald R. Lagueux

**Date of Original Sentence:** November 18, 2002

**Original Offense:** Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), a Class C felony.

**Original Sentence:** 46 months incarceration, three years supervised release with the following special conditions: the defendant shall participate in a program approved by the U.S. Probation Department for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; the defendant shall participate as directed in a program of mental health treatment approved by the U.S. Probation Department; $100 Special Assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** April 27, 2006

**Assistant U.S. Attorney:** Andrew Reich **Defense Attorney:** Andrew Berg

---

### PETITIONING THE COURT

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following conditions of supervision:

| <u>Condition Violated</u> | <u>Nature of Noncompliance</u> |
|---|---|
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance."**<br><br>On October 13, 2006, Steven Mangum committed the offense of Possession Ecstasy and Possession with Intent to Deliver Cocaine. |
| **Standard Condition** | **"The defendant shall refrain from any unlawful use of a controlled substance."** |

On September 14, 2006, Steven Mangum provided a urine screen at the U.S. Probation Office, which tested positive for marihuana. On September 26, 2006, Mr. Mangum provided a urine screen at the Probation Office which tested positive for cocaine and marihuana.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 10/26/06

I declare under the penalty of perjury that the foregoing is true and correct:

Kathleen M. Hopkins
U.S. Probation Officer

Date: 10/26/06

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

USDJ

Honorable Ronald R. Lagueux
Senior U.S. District Judge

10/27/06
Date