AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number: CR 02-47-01L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Steven Mangum

I certify that I am admitted to practice in this court.

10/30/06
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name — Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City — State — Zip Code

401-528-4281 — 401-528-4285
Phone Number — Fax Number