# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

V.

STEVEN A. MANGUM

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 02-47-01L

(Name and Address of Defendant)

STEVEN A. MANGUM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| Before: | Date and Time<br>Wednesday, November 15, 2006 at 2:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 3583(d)

Brief description of offense:

Probation Violation

RECEIVED

OCT 3 0 2006

US MARSHALS
RHODE ISLAND

[signature]

Signature of Issuing Officer

October 30, 2006

Date

Martha Saucier, Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 11/15/06 1:50 PM

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC PROV, RI USMS OFFICE

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: __________________________

☐ Returned unexecuted: __________________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/15/06
Date

Byron Stallwood
Name of United States Marshal

__________________________
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2006 NOV 16 P 12:33

FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.