# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**STEVEN A. MANGUM**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:02CR00047-01L**

USM Number: **05191-070**

**Mary S. McElroy, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) _ of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| **See next page.** | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-4273

Defendant's Date of Birth: 1979

Defendant's Residence Address:
**Providence, RI 02908**

Defendant's Mailing Address:
**Providence, RI 02905**

**August 6, 2008**
Date of Imposition of Sentence

Mary M. Lisi
Signature of Judicial Officer

**MARY M. LISI**
**Chief U.S. District Judge**
Name & Title of Judicial Officer

August 6, 2008
Date

# VIOLATIONS

| Violation | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1) Standard Condition | While on supervision, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. | May 31, 2007 |
| 2) Standard Condition | The defendant shall refrain from any unlawful use of a controlled substance. | April 18, 2008 |
| 3) Standard Condition | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | April 5, 2008 |

CASE NUMBER: **1:02CR00047-01L** 
DEFENDANT: **STEVEN A. MANGUM**

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 1 year and 1 day, with no further term of supervised release.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_______________________________________________

_______________________________________________

_______________________________________________

Defendant delivered on ______________________ to ______________________

at ______________________, with a certified copy of this judgment.

______________________
UNITED STATES MARSHAL

By ______________________
Deputy United States Marshal